**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE (Wilmington)**

| | | |
|---|---|---|
| **WEB NAVIGATION TECHNOLOGIES LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**LINKEDIN CORPORATION,**<br>**ET AL.,**<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br>**No. 1:13-1204** |

**ORDER**

**AND NOW,** this 30th day of January, 2014, following a telephonic preliminary pretrial conference, it is hereby **ORDERED** that:

1. All motions to amend the complaint and to join or add additional parties shall be filed within fourteen (14) days of the date of this Order.
2. All fact discovery shall be completed by **January 22, 2015**.
3. Expert reports on issues for which a party has the burden of proof are due on or before **March 23, 2015**. Rebuttal expert reports are due on or before **April 22, 2015**. All expert discovery, including all depositions of expert witnesses, shall be completed by **June 22, 2015**.
4. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and/or damages shall, within the time required for the submission of expert discovery set forth above, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701

witnesses, including the identity of each witness offering the lay opinion, the substance and the basis for each opinion.

5. The parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of those terms on or before **May 22, 2014**.
6. The parties shall meet and confer to prepare a joint claim construction chart to be submitted on or before **June 22, 2014**, with the claim chart separately docketed.
7. The number of claim terms to be construed shall be limited to ten (10).
8. The parties shall submit initial briefs on claim construction on or before **July 22, 2014**, along with a declaration from any expert that a party wishes to offer as extrinsic evidence and whom the party may call to testify at the claim construction hearing. Responsive briefs shall be filed on or before **September 2, 2014**, along with any rebuttal declarations from experts.
9. On or before **September 5, 2014**, the parties shall submit correspondence to the Court explaining whether they request leave to present testimony at a claim construction hearing and the amount of time requested for the hearing.
10. A Markman hearing is scheduled for **Tuesday, November 4, 2014** at **10:00 a.m.**
11. All motions for summary judgment and Daubert motions shall be filed no later than **July 22, 2015**.
12. Responses to motions for summary judgment and Daubert motions, if any, shall be filed no later than **August 12, 2015**.
13. A further discovery order will issue after the Court rules on any dispositive motions.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**MITCHELL S. GOLDBERG, J.**