**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WEB NAVIGATION TECHNOLOGIES, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>LINKEDIN CORPORATION, *et al.*<br><br>    *Defendants.* | C.A. No. 1:13-1204-MSG |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Web Navigation Technologies, LLC and Defendant LinkedIn Corporation, pursuant to FED. R. CIV. P. 41(a)(2), through their undersigned counsel, that all claims in this action asserted by Plaintiff against Defendant LinkedIn Corporation are DISMISSED WITH PREJUDICE with each Party to bear its own costs, expenses and attorney's fees.

January 5, 2015

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | /s/ *Jack B. Blumenfeld* |
| Richard D. Kirk  (rk0922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (sb4952) | Karen Jacobs (#2881) |
| Vanessa R Tiradentes (vt5398) | 1201 North Market Street |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | kjacobs@mnat.com |
| vtiradentes@bayardlaw.com | |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Christopher M. Joe | Daralyn J. Durie |
| Eric W. Buether | Ryan M. Kent |
| Michael D. Ricketts | DURIE TANGRI LLP |
| BUETHER JOE & CARPENTER, LLC | 217 Leidesdorff Street |
| 1700 Pacific Avenue | San Francisco, CA 94111 |
| Suite 4750 | (415) 362-6666 |
| Dallas, TX 75201 | |
| (214) 466-1272 | Attorneys for Defendant |
| | LinkedIn Corporation |
| Attorneys for Plaintiff | |
| Web Navigation Technologies, LLC | |

SO ORDERED this _____ day of January, 2015.

---

The Honorable Judge Mitchell S. Goldberg
UNITED STATES DISTRICT JUDGE